CLERK'S MINUTES

Plaintiff: Leo Journagan Constr. Co.
Repr by: Christy Comstock

Judge: Hendren
Reporter: Sawyer
Courtroom Deputy: Tainer
Date: 12/5/05

Case No. 05-3025

v.

Defendant: Mt. Home Concrete, et al
Repr by: David Ethridge
David Osmon

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 05 2005
CHRIS R. JOHNSON, CLERK
BY Paul Tainer
DEPUTY CLERK

Court Proceeding: Bench Trial

Time: 8:47 am
Convene
Witnesses sworn. Rule invoked.
Opening statements by counsel.
Testimony begins on behalf of plaintiff with: ① Allen Journagan ② Brian Holt ③ Jess Vestal ④ Noel Kearns ⑤ Charley McFarland
12:04 pm Lunch recess
1:12 pm Reconvene
Testimony continues with ⑥ Bill Starkey ⑦ Mike Dilbeck ⑧ Jerry Maples
Plaintiff rests.
Testimony begins on behalf of defendants with: ① Vickie Dilbeck ② Arlynd Mallett

Case No. 05-3025         MINUTES         Page No. 2
                                         (12/5/05)
Time:

③ Kenneth Cotter ④ Dennis Rains ⑤ Mike Dilbeck

Defendants rest.

Rebuttal testimony on behalf of plaintiff:
① Jerry Maples

Court takes matter under advisement

5:34 pm Adjourn.